# UNITED STATES DISTRICT COURT
## District of Minnesota

Javier Hernandez Olivares

Petitioner,

v.

Pamela Bondi, Kristie Noem, Todd Lyons,
David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01212-JRT-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: The Court's memorandum and order 6 has been satisfied. This case is dismissed.

Date: 3/2/2026

KATE M. FOGARTY, CLERK